UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARMAINE MARIE GRAY,

    Plaintiff,

v.

SONOMA COUNTY DETENTION FACILITY, et. al.,

    Defendants.

No. C 14-1389 EDL (PR)

**ORDER OF DISMISSAL**

On March 26, 2014, plaintiff, proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1.) The same day, the clerk notified plaintiff that she had not paid the filing fee, nor had she filed a complete application to proceed in forma pauperis ("IFP"). (Docket No. 4.) Along with the deficiency notice, plaintiff was provided with an IFP application and instructions for completing it. Plaintiff was further cautioned that her failure to either file a completed IFP application or pay the filing fee within twenty-eight days would result in the dismissal of this action. To date, plaintiff has not paid her filing fee, filed a completed IFP application, or otherwise communicated with the court.

Thus, the instant action is **DISMISSED** without prejudice. The clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: May 7, 2014.

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

G:\PRO-SE\EDL\CR.14\Gray389disifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARMAINE M GRAY,

        Plaintiff,

v.

J ABPAO et al,

        Defendant.

Case Number: CV14-01389 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charmaine Marie Gray #:10098469/0248
Sonoma County Detention Facility
2777 Ventura Avenue
Santa Rosa, CA 95403

Dated: May 9, 2014

        Richard W. Wieking, Clerk
        By: Stephen Ybarra, Deputy Clerk